# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Guy V. Malfara<br>　　　　　Debtor | BK NO. 18-03697 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of SPECIALIZED LOAN SERVICING LLC and index same on the master mailing list.

             Respectfully submitted,


             **/s/ James C. Warmbrodt, Esquire**
             James C. Warmbrodt, Esquire
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             215-627-1322