```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                               Case No. 18-03697-HWV
Guy V Malfara                                                        Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar              Page 1 of 1              Date Rcvd: Oct 10, 2018
                               Form ID: ntcnfhrg          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db            +Guy V Malfara,    641 Carbon Avenue,    Harrisburg, PA 17111-4526
5103592        Best Buy/Citibank/ARS National Svcs,    PO Box 469100,    Escondido, CA 92046-9100
5103597       +Royal United/Specialized Loan Svc,    7999 Knue Road #300,    Indianapolis, IN 46250-1991

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5103593        E-mail/Text: legal@arsnational.com Oct 10 2018 19:22:45     Citicards,
                c/o ARS National Services,    PO Box 469100,    Escondido, CA 92046-9100
5103594        E-mail/Text: cio.bncmail@irs.gov Oct 10 2018 19:22:40     IRS,    Cincinnati, OH 45999-0025
5103595        E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 19:28:55     Lowe's/Synchrony Bank,
                PO Box 530914,    Atlanta, GA 30353-0914
5103596        E-mail/Text: unger@members1st.org Oct 10 2018 19:23:12     Member's 1st FCU,    PO Box 40,
                Mechanicsburg, PA 17055-0040
5103940       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2018 19:28:57
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5103598       +E-mail/Text: EBankruptcy@UCFS.NET Oct 10 2018 19:23:18     United Consumer Financial Svc/Kirby,
                865 Bassett Road,    Westlake, OH 44145-1194
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James H Turner    on behalf of Debtor 1 Guy V  Malfara pat@turnerandoconnell.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Guy V Malfara,  Chapter 13

**Debtor 1**

Case No. 1:18–bk–03697–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 14, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 21, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 10, 2018 |

ntcnfhrg (03/18)