IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13 Proceeding
    GUY MALFARA : Case No. 1:18-bk-03697
: Debtor

**AMENDED**
**NOTICE TO CREDITORS OF RESCHEDULED CONFIRMATION HEARING**
**ON AMENDMENT TO CHAPTER 13 PLAN AND OPPORTUNITY TO OBJECT**

TO ALL CREDITORS OF THE ABOVE-CAPTIONED DEBTOR:

Please note that a confirmation hearing on the __1st__ Amended Plan has been scheduled for the Debtor on the date indicated below.

A deadline of **January 2, 2019** has been set for objections to the confirmation of the plan.

| United Stated Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor)<br>Third & Walnut Streets<br>Harrisburg, PA 17101 | Date: January 9, 2019<br><br>Time: 9:30 AM |
|---|---|

A copy of the plan is enclosed with this notice. It can also be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

*Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date.*

Date: November 16, 2018

/s/ James H. Turner, Esquire
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717)232-4551

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   GUY MALFARA : Case No. 1:18-03697
:

## CERTIFICATE OF SERVICE

I, James H. Turner, Esquire, hereby certify that I served a true and correct copy of an amended plan and notice to creditors, listed on the attached mailing matrix.

   See attached

Date: 11/14/2018

/s/ James H. Turner, Esquire
James H. Turner
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717) 232-4551

```
Label Matrix for local noticing          Best Buy/Citibank/ARS National Svcs       Citibank, N.A.
0314-1                                   PO Box 469100                             Citibank, N.A.
Case 1:18-bk-03697-HWV                   Escondido, CA 92046-9100                  701 East 60th Street North
Middle District of Pennsylvania                                                    Sioux Falls, SD 57104-0493
Harrisburg
Wed Nov 14 11:24:21 EST 2018

Citicards                                Charles J DeHart, III (Trustee)           (p)INTERNAL REVENUE SERVICE
c/o ARS National Services                8125 Adams Drive, Suite A                 CENTRALIZED INSOLVENCY OPERATIONS
PO Box 469100                            Hummelstown, PA 17036-8625                PO BOX 7346
Escondido, CA 92046-9100                                                           PHILADELPHIA PA 19101-7346

Lowe's/Synchrony Bank                    Guy V Malfara                             Member's 1st FCU
PO Box 530914                            641 Carbon Avenue                         PO Box 40
Atlanta, GA 30353-0914                   Harrisburg, PA 17111-4526                 Mechanicsburg, PA 17055-0040

PRA Receivables Management, LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Royal United/Specialized Loan Svc
PO Box 41021                             PO BOX 41067                              7999 Knue Road #300
Norfolk, VA 23541-1021                   NORFOLK VA 23541-1067                     Indianapolis, IN 46250-1991

Specialized Loan Servicing LLC           James H Turner                            United Consumer Financial Svc/Kirby
8742 Lucent Blvd, Suite 300              Turner and O'Connell                      865 Bassett Road
Highlands Ranch, Colorado 80129-2386     915 N Mountain Road                       Westlake, OH 44145-1194
                                         Suite D
                                         Harrisburg, PA 17112-1793

United States Trustee                    James Warmbrodt
228 Walnut Street, Suite 1190            701 Market Street Suite 5000
Harrisburg, PA 17101-1722                Philadephia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS                                      Portfolio Recovery Associates, LLC
Cincinnati, OH 45999-0025                POB 12914
                                         Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PRA Receivables Management, LLC       (u)Specialized Loan Servicing LLC         End of Label Matrix
PO Box 41021                                                                       Mailable recipients   16
Norfolk, VA 23541-1021                                                             Bypassed recipients    2
                                                                                   Total                 18
```