IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Guy V. Malfara<br>     Debtor. | BANKRUPTCY CASE NUMBER<br>18-03697/HWV |
| Specialized Loan Servicing LLC<br>     Movant,<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Guy V. Malfara<br>     Debtor/Respondent. | |
| Charles J. DeHart, III, Trustee<br>     Additional Respondent. | |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on May 31, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

Respectfully submitted,

Dated:  June 7, 2019

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

S&D File #:19-062771

PA BAR ID #318323
pabk@logs.com