dotloop signature verification: dtlp.us/crcl-05hB-k74O

Coldwell Banker Residential Brokerage-Camp Hill  
Seller's Estimated Net Sheet courtesy of: **NICKI SASA**

Office: 7175800906  
Mobile: 7175800906  
nicki.sasa@cbhomes.com

# Seller's Estimated Net Sheet

| | |
|---|---|
| Seller: | Guy Malfara |
| Property: | 641 CARBON AVE |
| Township / Borough: | Swatara Twp |
| County: | Dauphin County, PA |
| Settlement Date: | 7/31/2019 |

| | |
|---|---|
| Total Payoff: | ($0.00) |
| Sale Price: | $168,000.00 |
| **Gross Equity:** | **$168,000.00** |

## CHARGES PAID BY SELLER

| | |
|---|---|
| Transfer Tax (1.000%): | $1,680.00 |
| Brokerage Commission: (6% + $0.00): | $10,080.00 |
| Seller Assist: | $0.00 |
| Settlement: | $275.00 |
| Notary: | $30.00 |
| Broker Fee: | $495.00 |
| Certifications: | $50.00 |
| Other Fee 1: Deed Prep: | $125.00 |
| Motion to Sell - Turner and O'Connell: | $200.00 |
| Bankruptcy Payoff: | $30,610.53 |
| **Total Charges to Seller:** | **$43,545.53** |

## CREDITS TO SELLER

| | |
|---|---|
| Municipal Tax: | $138.13 |
| County Tax: | $265.19 |
| School Tax: | $577.02 |
| **Total Credits to Seller:** | **$980.34** |

## SETTLEMENT SUMMARY

| | |
|---|---|
| Sale Price: | $168,000.00 |
| Mortgage Payoff: | ($0.00) |
| Charges to Seller: | ($43,545.53) |
| Credits to Seller: | $980.34 |
| **Net Proceeds to the Seller** | **$125,434.81** |

The above figures are estimated settlement costs only. These will be adjusted as of the date of final settlement, if necessary. I (we) acknowledge receipt of a copy of this information.

Seller: *Guy V. Malfara*  
dotloop verified  
06/18/19 10:35 AM EDT  
PNSV-QZQV-LKD9-Y2PA

Seller: _____

Date: _____  Date: _____