IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    GUY MALFARA : Case No. 1:18-03697
:

## CERTIFICATE OF SERVICE

I, James H. Turner, Esquire, hereby certify that I served a true and correct copy of Motion to Sell, listed on the attached mailing matrix.

    See attached

Date: 6/26/2019

/s/ James H. Turner, Esquire
James H. Turner
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717) 232-4551

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:18-bk-03697-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Wed Jun 26 08:51:35 EDT 2019 | Best Buy/Citibank/ARS National Svcs<br>PO Box 469100<br>Escondido, CA 92046-9100 | Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citicards<br>c/o ARS National Services<br>PO Box 469100<br>Escondido, CA 92046-9100 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Kevin S Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King Of Prussia, PA 19406-4702 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lowe's/Synchrony Bank<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Guy V Malfara<br>641 Carbon Avenue<br>Harrisburg, PA 17111-4526 |
| Member's 1st FCU<br>PO Box 40<br>Mechanicsburg, PA 17055-0040 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Royal United/Specialized Loan Svc<br>7999 Knue Road #300<br>Indianapolis, IN 46250-1991 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | James H Turner<br>Turner and O'Connell<br>915 N Mountain Road<br>Suite D<br>Harrisburg, PA 17112-1793 |
| United Consumer Financial Svc/Kirby<br>865 Bassett Road<br>Westlake, OH 44145-1194 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS<br>Cincinnati, OH 45999-0025 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Specialized Loan Servicing LLC | (u)Specialized Loan Servicing LLC<br>14841 Dallas Parkway, Suite 300, Dallas, |