IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 Proceeding |
|     GUY V. MALFARA | : Case No. 1:18-03697 |
| | : |
|     Debtor | : |

## REQUEST FOR CERTIFICATED COPY

AND NOW comes the debtor, Guy V. Malfara , by and through their attorney, James H. Turner, Esquire, and petitions the Court as follows:

Please provide a certified copy of the order on the motion to sell property

                                  Respectfully submitted,

Date: July 23, 2019                  /s/ James H. Turner, Esquire
                                            James H. Turner
                                            Turner and O'Connell
                                            915 N Mountain Road, Suite D
                                            Harrisburg, PA  17112