UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GUY V. MALFARA | : | Case No. 1:18-03697 |
| | : | |
| Debtor | : | |

## MOTION FOR WITHDRAWAL OF VOLUNTARY CHAPTER 13 PETITION BY DEBTOR PURSUANT TO 11 U.S.C. 1307(B)

AND NOW, comes Debtor, Guy V. Malfara, by and through his attorney, James H. Turner, Esquire, and withdraws their voluntary Chapter 13 Bankruptcy Petition, filed on September 4, 2018. The withdrawal is filed pursuant to 11 U.S.C. 1307(b) which gives the Debtors an absolute right to withdraw their petition. This case has not been previously converted under Sections(s) 706, 1112 or 1208 of the Bankruptcy Court.

Respectfully submitted,

TURNER AND O'CONNELL

/s/ James H. Turner
James H. Turner, Esquire
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717)232-4551

Date: 7/26/19                                    Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GUY V. MALFARA | : | Case No. 1:18-03697 |
| | : | |
| **Debtor** | : | |

**DEBTOR'S AFFIDAVIT OF CONSENT TO WITHDRAWAL OF VOLUNTARY CHAPTER 13 PETITION BY DEBTOR PURSUANT TO 11 U.S.C. 1307(b)**

      I, Guy V. Malfara, the Debtor, hereby affirm that I request and consent to a withdrawal of the voluntary Chapter 13 Bankruptcy petition which I authorized to be filed on my behalf, and was filed in the United States Bankruptcy Court on September 4, 2018.

/s/ Guy V. Malfara
Guy V. Malfara

Date:  7/26/19

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GUY V. MALFARA | : | Case No. 1:18-03697 |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, James H. Turner, Esquire, herby certify that I have, this date, caused a true and correct copy of the Withdrawal of Voluntary Chapter 13 Petition by Debtors Pursuant to 11 U.S.C. 1307(b) to be served upon the person(s) set forth below by depositing same in the United States mail, first class, postage prepaid or e-mail and addressed as stated:

Charles J. DeHart, III, Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Respectfully Submitted,

TURNER AND O'CONNELL

/s/ James H. Turner
James H. Turner, Esquire
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717) 232-4551

Dated: 7/26/19

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GUY V. MALFARA | : | Case No. 1:18-03697 |
| | : | |
| Debtor | : | |

**ORDER**

AND NOW, at Harrisburg, in said District, upon consideration of Withdrawal of Voluntary Chapter 13 Petition by Debtors Pursuant to 11 U.S.C. 1307(b) (and hearing if appropriate), and it having been determined that this case should be dismissed, it is

ORDERED that the case of the above-named Debtor be and it is hereby dismissed and it is further

ORDERED that the Trustee hereby is discharged from further responsibility in this case and it is further

ORDERED that all pending adversary proceedings in this case be and they hereby are dismissed, and it is further

ORDERED that any outstanding fees are immediately due and payable to the U.S. Bankruptcy Court.