```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                       Case No. 18-03697-HWV
Guy V Malfara                                                Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar           Page 1 of 1          Date Rcvd: Jul 29, 2019
                             Form ID: pdf010         Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db             +Guy V Malfara,    641 Carbon Avenue,     Harrisburg, PA 17111-4526
5103592         Best Buy/Citibank/ARS National Svcs,    PO Box 469100,    Escondido, CA 92046-9100
5130081        +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5103597        +Royal United/Specialized Loan Svc,    7999 Knue Road #300,    Indianapolis, IN 46250-1991
5128764        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5103593         E-mail/Text: legal@arsnational.com Jul 29 2019 19:46:24       Citicards,
                 c/o ARS National Services,    PO Box 469100,    Escondido, CA 92046-9100
5103594         E-mail/Text: cio.bncmail@irs.gov Jul 29 2019 19:46:15       IRS,    Cincinnati, OH 45999-0025
5103595         E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:57:52       Lowe's/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
5103596         E-mail/Text: unger@members1st.org Jul 29 2019 19:47:09       Member's 1st FCU,    PO Box 40,
                 Mechanicsburg, PA 17055-0040
5129710         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 19:57:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5103940        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 19:57:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5103598        +E-mail/Text: EBankruptcy@UCFS.NET Jul 29 2019 19:47:18       United Consumer Financial Svc/Kirby,
                 865 Bassett Road,    Westlake, OH 44145-1194
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5206200         Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 300, Dallas,
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
          Brian C Nicholas    on behalf of Creditor    Specialized Loan Servicing LLC
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          James H Turner    on behalf of Debtor 1 Guy V Malfara pat@turnerandoconnell.com
          Kevin S Frankel    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Guy V Malfara

          **Debtor 1**

Chapter: 13
Case No.: 1:18-bk-03697-HWV

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

Dated: July 29, 2019

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)

Order Dismissing Case – Revised 4/18